**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00333-CR**
_____

**MARKESHIA MARSHALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the County Court at Law No. 3**
**Jefferson County, Texas**
**Trial Cause No. 292155**

_____

**ORDER**

The clerk's record and reporter's records were due to be filed in the Court of Appeals on August 22, 2013, but have not been filed. The trial court clerk has notified the court that she has not received payment for the record. Appellant has filed an affidavit of indigency and requested appointment of counsel, but has not filed a brief. The Court finds that it is necessary to determine whether the appellant is indigent and, therefore, entitled to appointed counsel and a free record on appeal.

It is, therefore, ORDERED that the appeal is ABATED and the cause is REMANDED to the trial court for a hearing to determine whether the appellant

1

desires to prosecute her appeal and whether appellant is indigent. The trial court shall determine whether the appellant has been deprived of a record because of ineffective assistance of counsel or for any other reason. For this purpose the trial judge shall conduct such hearings as may be necessary, make appropriate findings and recommendations, and prepare a record of the proceedings. If the appellant is indigent, the judge shall take such measures as may be necessary to assure effective representation of counsel, which may include the appointment of counsel or ordering all or part of the records to be prepared without charge to the appellant.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing in the above-referenced appeal. The transcript of the court reporter's notes from the hearing and the findings and recommendations of the trial court judge are to be filed on or before September 30, 2013.

ORDER ENTERED August 29, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2